| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| PRENDA LAW INC.<br>40 SOUTH 7TH STREET, SUITE 212-307<br>MINNEAPOLIS, MN 55402<br>Telephone No: | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Eastern District Of California | | | | |
| Plaintiff: AF HOLDINGS LLC, | | | | |
| Defendant: PARRY BUCK, ET AL. | | | | |
| **PROOF OF SERVICE**<br>**SUMMONS IN A CIVIL C** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:12-CV-01068-LKK-KJN |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; AMENDED COMPLAINT WITH EXHIBITS A & B

3. a. Party served:  PARRY BUCK
   b. Person served: PARRY BUCK, White, Male, 60 Years Old, Bald Head Hair, Blue Eyes, 6 Feet 1 Inches, 250 Pounds

4. Address where the party was served: 17352 N. BRUELLA RD.
   VICTOR, CA 95253

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Oct. 12, 2012 (2) at: 4:35PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. *Person Who Served Papers:*
   a. DONALD D. FELTSEN
   **b. GOLD KEY INVESTIGATION SERVICES**
   P.O. BOX 690578
   STOCKTON, CA 95269-0578
   c. 209 938-0543, FAX 209 594-0707

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. **The Fee** for Service was: $50.35
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 391
      (iii) County: San Joaquin
      (iv) Expiration Date: Sun, Jan. 06, 2013

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Mon, Oct. 15, 2012

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS IN A CIVIL C

(DONALD D. FELTSEN)

prenda.108311