Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel to Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| AF HOLDINGS LLC, ) <br> ) <br>        Plaintiff, ) <br>   v. ) <br> ) <br> PARRY BUCK, ) <br> ) <br>        Defendant. ) <br> ) <br> _____) | **Case No. 2:12-cv-01068-LKK-KJN** <br><br> **DECLARATION OF BRETT L. GIBBS REGARDING NOTICE OF UPCOMING TO DEFENDANT PARRY BUCK** |

I, Brett L. Gibbs, declare under penalty of perjury as true and correct that:

    1.    I am an attorney at law licensed to practice in California, and admitted in the Eastern District of California.  My business address is 38 Miller Avenue, #263, Mill Valley, CA, 94941.  I am counsel of record for Plaintiff in this matter.

    2.    Per the Court's October 25, 2012 Minute Order, I telephoned Defendant Parry Buck on October 26, 2012, to notify him of the upcoming status report.  He did not pick up, so I left a message on his answering machine.

    3.    In that message, I told Defendant that the hearing for October 29, 2012 had been continued to January 28, 2013 at 3:30 p.m., and that parties shall file status reports 14 days preceding the status conference.  I also told him that I was ordered by the Court to deliver this update to him directly.

4. I declare under penalty of perjury that the forgoing is true and correct of my own personal knowledge, except for those matters stated as information and belief, and those matters I believe to be true, and if called upon to testify I can competently do so as set forth above.

DATED: October 26, 2012                    By:      ____/s/  Brett L. Gibbs,_____