Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel to Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| AF HOLDINGS LLC, | **Case No. 2:12-cv-01068-LKK-KJN** |
| Plaintiff, | Judge: Hon. Lawrence K. Karlton |
| v. | Mag: Hon. Kendall J. Newman |
| PARRY BUCK, | Date: December 20, 2012 |
| | Time: 10 A.M. |
| Defendant. | **ADMINISTRATIVE MOTION TO APPEAR BY TELEPHONE** |

**ADMINISTRATIVE MOTION TO APPEAR BY TELEPHONE**

Plaintiff AF Holdings LLC, through its undersigned counsel, Brett L. Gibbs, and pursuant to Eastern District of California Local Rules, hereby requests this Court's permission to allow Mr. Gibbs to appear by telephone at the upcoming Motion for Entry of Default Judgment against Defendant Parry Buck. Plaintiff makes this request in light of the fact that Mr. Gibbs' office is located in Marin County, California and the expenses and burden of traveling back and forth will be great. Mr. Gibbs can be reached at (415) 325-5900.

///

///

Respectfully Submitted,

PRENDA LAW INC.

**DATED: November 16, 2012**

By:       /s/ Brett L. Gibbs

Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel to Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
blgibbs@wefightpiracy.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 16, 2012, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system, and that a true and correct copy of the foregoing was sent via First-Class, postage prepaid to:

Parry Buck
17532 N. Bruella Road
Victor, CA 95253

**DATED: November 16, 2012**          By:              ____/s/  Brett L. Gibbs, Esq._____