IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AF HOLDINGS LLC,

    Plaintiff,                    No. 2:12-cv-01068 LKK KJN

    v.

PARRY BUCK,

    Defendant.            ORDER

/

       Plaintiff has requested that its counsel be permitted to appear telephonically at the hearing on plaintiff's Motion for Default Judgment (Dkt. No. 20) on December 20, 2012.[1] (Req. for Telephonic Appearance, Dkt. No. 21.) Plaintiff seeks to save the time and expense of its counsel's traveling from Marin County to Sacramento to appear at the hearing. (Id.)

       While the undersigned appreciates plaintiff's efforts to efficiently resolve this matter, plaintiff's request is denied at this time. Plaintiff's counsel is directed to appear in person at the hearing.

////

////

---

[1] This case was referred to the undersigned pursuant to Eastern District of California Local Rule 302(c)(1) and 28 U.S.C. § 636(b)(1).

1

1   IT IS SO ORDERED.

2   DATED:  December 5, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE