1 | Parry Buck
2 | PO Box 416
3 | Victor, CA 95253
    (mailing address)
    209-367-5467

17352 Bruella Road
Victor, CA 95253
(physical address)



4 | Defendant in Pro Per

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

AF HOLDINGS LLC,

    Plaintiff,

vs.

PARRY BUCK,

    Defendant.

Case No. 2:12-cv-01068-LLK-KJN

Date:   December 20, 2012

**DEFENDANT'S NOTICE OF MOTION AND MOTION TO SET ASIDE CLERK'S ENTRY OF DEFAULT**

### NOTICE OF MOTION & MOTION TO SET ASIDE CLERK'S ENTRY OF DEFAULT

ON DECEMBER 20, 2012 AT 10 AM the Defendant Parry Buck will appear in front of Judge Newman in the 8th Floor Courtroom, #25 of the Sacramento Courthouse, located at 501 I Street, Sacramento, CA 95814. The Defendant Parry Buck shall present his Motion to Set Aside the Clerk's Entry of Default.

This Motion is based upon Federal Rule of Civil Procedure 55(c) and the accompanying declarations of the Defendant, and the attached documents that support these declarations. The Defendant requests that this Court also consider the "Excusable Neglect" (see pg 3) of the Defendant due to medical reasons, when considering the Defendant's request to set Aside the Clerk's Entry of Default. The Defendant would like an opportunity to defend himself in Court, based upon the merits of this case.

## I. Legal Standard

Federal Rule of Civil Procedure 55 states that "The court may set aside an entry of default for good cause, and it may set aside a default judgment under Rule 60(b)." F.R.C.P. 55(c). "Judgment by default is a drastic step appropriate only in extreme circumstances; a case should, whenever possible, be decided on the merits." *Falk v. Allen*, 739 F.2d 461, 462 (9th Cir. 1984). Moreover, the Ninth Circuit's "rules for determining when a default should be set aside are solicitous towards Movants, especially those whose actions leading to default were taken without the benefit of legal representation. *U.S. v. Signed Personal Check No. 730 of Yurban Mesle*, 615 F.3d 1085, 1089 (9th Cir. 2010). "Default judgments are generally disfavored; whenever it is reasonably possible, cases should be decided on their merits."*Schwab v. Bullock's Inc.*, 508 F.2d 353, 355 (9th Cir. 1974).

On a motion to set aside entry of default under Rule 55, the court should determine good cause by considering three factors: 1) whether the party seeking to set aside the default engaged in culpable conduct that led to the default, 2) whether it had meritorious defenses to the original action, and 3) whether reopening default would prejudice the Plaintiff. *See Mesle.*, 615 F.3d at 1091. Each of these factors should be construed liberally. *See Hawaii Carpenters' Trust Funds v. Stone*, 794 F.2d 508, 513 (9th Cir. 1986).

In addition, A motion for relief from default may also be granted where defendant demonstrates defects in the service of process, even if the Defendant received actual notice of the suit. *Carimi v.Royal Caribbean Cruise Line, Inc.*, 959 F. 2d 1344, 1345 (5th Cir. 1992); see *SE v. Internet Solutions for Business Inc.*, 509 F. 3d 1161, 1165-1166 (9th Cir. 2007).

## II. THE DEFENDANT'S EXCUSABLE NEGLECT

The excusable neglect the Defendant made, was failing to respond to the original Summons in this case. **The Defendant has a number of physical and mental disabilities that contributed to the Defendant not responding to the Summons.** (See pages 4 and 5) The bizarre aspects of this case confused the Defendant, and probably would confuse many people. The Defendant is accused of illegally copying and distributing the pornographic movie "Popular Demand" in his own home, using the computer software known as "uTorrent 3.0". The Defendant has never used or owned "uTorrent" software, or any other type of BitTorrent software, and the Defendant knew nothing about BitTorrent software before he received this Summons. Because of the Defendant's preoccupation with his health issues, he did not fully comprehend how his lack of response to the Summons might have serious consequences. The Defendant deeply regrets not answering the Summons within the appropriate 21 day time period.

## III. THE DEFENDANT'S FINANCIAL AND FAMILY SITUATION

The Defendant is relatively poor with no assets of any significant value, and lacked the financial resources to obtain adequate legal advice when served with the original Summons from the Plaintiff. The Defendant tried to get legal help in a number of ways, including calling the US District Court and calling County Legal Aid, however the Defendant was unable to obtain any legal help regarding this Case. A copy of the 1st page of the Defendant's 2011 Federal Tax Return is attached to this motion, **(Exhibit A, pg 2)** it shows a total income of $23,445. This tax return also shows that the Defendant has a daughter, she is 16 years old, and is enrolled in a special education program for slow learners. The Defendant is a retired 59 year old man, who has significant physical disabilities and is a single parent. The Defendant's approximate retirement income and total income in 2012 will be $18,000.

### IV. MEDICAL REASON FOR EXCUSABLE NEGLECT

**The Defendant at this time is taking prescription medications for Chronic Pain, Anxiety Disorder, Insomnia, High Blood Pressure, an enlarged Prostrate, and to prevent a reoccurrence of Heart Arrhythmia.** When the Defendant was served with the Summons on 10-12-2012, he was primarily suffering from Anxiety Disorder and Chronic Pain. The Defendant is attaching a letter from his primary care physician, Dr. Wang at Kaiser Permanente. **(Exhibit C, pgs 2 & 3)** In this letter Dr. Wang lists the above medical conditions, and the medications the Defendant is presently taking for these medical conditions. The Defendant has requested that Kaiser Permanente send this letter to the Court directly from Kaiser Permanente.

Dr. Wang mentions in his letter that the Defendant has had several foot surgeries. The Defendant retired from teaching high school in November of 2009 primarily because of chronic foot pain. The Defendant had taught High School for approximately 20 years, and retired from the Lodi, California school district. The Defendant was being treated for chronic foot pain by Dr. Fessler at Kaiser Permanente at the time of the Defendant's retirement from teaching.

A document from Dr. Fessler is attached to this motion. **(Exhibit B, pg 2)** In this document Dr. Fessler states that the Defendant was unable to work between 9/30/2009 and 12/13/09. Dr. Fessler also arranged for the Defendant to receive a California Disabled Parking Placard at this time. Two California DMV documents identifying the Defendant as a disabled person are attached to this motion. **(Exhibit B, pgs 3 & 4)**

### IV. MEDICAL REASON FOR EXCUSABLE NEGLECT (continued)

The Defendant has difficulty walking, and uses electric carts when shopping at stores. The Defendant has had a California Disabled Parking Placard continuously since March 9, 2010 for parking in handicapped parking spaces. The Defendant has had difficulty walking for about 20 years. The Defendant has suffered from chronic foot pain on a daily basis for the last 20 years. This disability has contributed to the other medical conditions that the Defendant suffers from. The Defendant will have other medical records sent to the Court if needed.

The Defendant's mental ability to understand how to respond to the Summons was compromised by the stress caused by the Defendant's Chronic foot pain, Anxiety Disorder, and overall medical condition. The defendant often aggravates his foot condition when doing the physical tasks of living, for example shopping and driving. The Defendant's concentration on managing his medical condition and fulfilling his other responsibilities led to his failure to answer the original Summons within the appropriate 21 day time period.

## V. CONCLUSION

For all of the foregoing reasons, the Defendant requests that the Court Set Aside the Clerk's Entry of Default against Defendant Parry Buck. The Defendant is innocent of the Plaintiff's allegation that he downloaded and distributed the pornographic movie titled, "Popular Demand". If the Court sets aside the Clerk's Entry of Default, this ruling would allow the Defendant to file a responsive pleading, and defend himself on the merits.

By: *Parry Buck*    DATED:   December 3, 2012

Parry Buck
PO Box 416
Victor, CA 95253

## CERTIFICATE OF SERVICE:

The Defendant hereby certifies that a true and correct copy of the foregoing was sent via First-Class, postage prepaid to:

Brett L. Gibbs, Attorney for Plaintiff
38 Miller Avenue, #263
Mill Valley, CA 94941

Case No. 2:12-cv-01068-LLK-KJN
DEFENDANT'S NOTICE OF MOTION & MOTION TO SET ASIDE ENTRY OF DEFAULT

# EXHIBIT A

# EXHIBIT A

**Form 1040** — Department of the Treasury - Internal Revenue Service (99) — **U.S. Individual Income Tax Return** — **2011** — OMB No. 1545-0074 — IRS Use Only - Do not write or staple in this space.

For the year Jan. 1-Dec. 31, 2011, or other tax year beginning , 2011, ending , 20

Your first name and initial: **Parry L**
Last name: **Buck**
Your social security number: [redacted]

If a joint return, spouse's first name and initial:
Last name:
Spouse's social security number:

Home address (number and street). If you have a P.O. box, see instructions.: **PO Box 416**
Apt. no.:

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).: **Victor, CA 95253**

Foreign country name:
Foreign province/county:
Foreign postal code:

Presidential Election Campaign — Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

**Filing Status** — Check only one box.
1. ☐ Single
2. ☐ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4. ☒ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child

**Exemptions**
- 6a ☒ Yourself. If someone can claim you as a dependent, do not check box 6a . . . . . . .
- b ☐ Spouse . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
- c Dependents:

| (1) First name  Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ☒ if child under age 17 qualifying for child tax credit (see instr.) |
|---|---|---|---|
| Helena Buck | [redacted] | Daughter | ☒ |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

If more than four dependents, see instructions and check here ▶ ☐

Boxes checked on 6a and 6b: **1**
No. of children on 6c who:
• lived with you: **1**
• did not live with you due to divorce or separation (see instructions): **0**
Dependents on 6c not entered above: **0**
Add numbers on lines above ▶ **2**

d Total number of exemptions claimed . . . . . . . . . . . . . . . . . . . . .

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| Line | Description |  | Amount |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 . . . . . . . . . . . . . | 7 |  |
| 8a | Taxable interest. Attach Schedule B if required . . . . . . . . . . . . | 8a |  |
| b | Tax-exempt interest. Do not include on line 8a . . . . . . . 8b  |  |  |
| 9a | Ordinary dividends. Attach Schedule B if required . . . . . . . . . . . | 9a |  |
| b | Qualified dividends . . . . . . . . . . . . . . . 9b |  |  |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes . . . . . . . . | 10 |  |
| 11 | Alimony received . . . . . . . . . . . . . . . . . . . . . . | 11 |  |
| 12 | Business income or (loss). Attach Schedule C or C-EZ . . . . . . . . . . . | 12 | 6,305. |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here . . . . ▶ ☐ | 13 |  |
| 14 | Other gains or (losses). Attach Form 4797 . . . . . . . . . . . . . . | 14 |  |
| 15a | IRA distributions . . . . . 15a  b Taxable amount . . . . . | 15b |  |
| 16a | Pensions and annuities . . 16a  b Taxable amount . . . . . | 16b | 17,140. |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E . . . | 17 |  |
| 18 | Farm income or (loss). Attach Schedule F . . . . . . . . . . . . . . | 18 |  |
| 19 | Unemployment compensation . . . . . . . . . . . . . . . . . . | 19 |  |
| 20a | Social security benefits . . 20a  b Taxable amount . . . . . | 20b |  |
| 21 | Other income. List type and amount | 21 |  |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your total income ▶ | 22 | 23,445. |

Case No. 2:12-cv-01068-LLK-KJN
DEFENDANT'S NOTICE OF MOTION & MOTION TO SET ASIDE ENTRY OF DEFAULT

# EXHIBIT B

Case No. 2:12-cv-01068-LLK-KJN
DEFENDANT'S NOTICE OF MOTION & MOTION TO SET ASIDE ENTRY OF DEFAULT

# EXHIBIT B

## The Permanente Medical Group, Inc.
MUSCULOSKELETAL MEDICINE
4601 Dale Road
Modesto, CA 95356-9718
Dept: 209-735-4900
Main: 209-557-1000

## VISIT VERIFICATION - MEDICINE      Date: September 30, 2009

Parry L Buck was seen in the Medicine Clinic on 9/30/2009.

He has been unable to attend work or school from 9/30/09 through 12/13/09.

SIGNATURE AND TITLE

JERRY D. FESSLER MD

Case No. 2:12-cv-01068-LLK-KJN
DEFENDANT'S NOTICE OF MOTION & MOTION TO SET ASIDE ENTRY OF DEFAULT

# EXHIBIT B

A Public Service Agency

```
***CUSTOMER RECEIPT COPY***                          EXPIRES: 06/30/2011

                *** D I S A B L E D   P E R S O N   P L A C A R D ***

                                                  DATE ISSUED: 03/09/10
PLACARD NUMBER: 445878N      PIC: 1    TV: 91
                                                       MO/YR: RP

BURK PARRY LEE                                    DT FEES RECVD: 03/09/10
PO BX 416
                                            AMT DUE         : NONE
                                            AMT RECVD - CASH :
VICTOR                                                - CHCK :
CA              95253                                 - CRDT :

        CO: 39



                    E10   134 E2 0000000 0031 CS  E10 030910 N1   445878N


        DEPARTMENT   OF  MOTOR  VEHICLES   PLACARD IDENTIFICATION CARD

THIS IDENTIFICATION CARD OR FACSIMILE COPY IS TO BE CARRIED BY THE PLACARD
OWNER. PRESENT IT TO ANY PEACE OFFICER UPON DEMAND. IMMEDIATELY NOTIFY DMV
BY PHONE OR MAIL OF ANY CHANGE OF ADDRESS. WHEN PARKING, HANG THE PLACARD
FROM THE REAR VIEW MIRROR. REMOVE IT WHEN DRIVING.

A Public Service Agency
PLACARD#:   445878N          PLACARD HOLDER:  BURK PARRY LEE
EXPIRES:    06/30/2011                        PO BX 416
DOB:        07/08/1953
ISSUED:     03/09/10
TYPE:       N1                                VICTOR
                                              CA              95253
```

# EXHIBIT B

**STATE OF CALIFORNIA**
**DMV**
DEPARTMENT OF MOTOR VEHICLES
*A Public Service Agency*

\*\*\*CUSTOMER RECEIPT COPY\*\*\*                         EXPIRES: 06/30/2013

\*\*\* D I S A B L E D   P E R S O N   P L A C A R D \*\*\*

                                                      DATE ISSUED: 11/29/12

PLACARD NUMBER: F179045    PIC: 1    TV: 92
                                                          MO/YR: TY

BURK PARRY LEE                                      DT FEES RECVD: 11/29/12
17352 BRUELLA RD
PO BX 416                                           AMT DUE         : NONE
                                                    AMT RECVD - CASH :
VICTOR                                                        - CHCK :
CA           95253                                            - CRDT :

         CO: 39


                H00   622 27 0000000 0002 CS   H00 112912 N1   F179045


           DEPARTMENT   OF   MOTOR   VEHICLES   PLACARD IDENTIFICATION CARD

THIS IDENTIFICATION CARD OR FACSIMILE COPY IS TO BE CARRIED BY THE PLACARD
OWNER TO PRESENT IT TO ANY PEACE OFFICER UPON DEMAND. IMMEDIATELY NOTIFY DMV
BY PHONE OR MAIL OF ANY CHANGE OF ADDRESS. WHEN PARKING, HANG THE PLACARD
FROM THE REAR VIEW MIRROR. REMOVE IT WHEN DRIVING.

*A Public Service Agency*

PLACARD#:  F179045         PLACARD HOLDER:  BURK PARRY LEE
EXPIRES:   06/30/2013                       17352 BRUELLA RD
DOB:       07/08/1953                       PO BX 416
ISSUED:    11/29/12
TYPE:      N1                               VICTOR
                                            CA           95253

Case No. 2:12-cv-01068-LLK-KJN
DEFENDANT'S NOTICE OF MOTION & MOTION TO SET ASIDE ENTRY OF DEFAULT

# EXHIBIT C

# EXHIBIT C

## The Permanente Medical Group, Inc.
**MEDD**
7373 West Lane
Stockton CA 95210-3377
Main: 476-2000X0000

---

December 1, 2012

Parry L Buck
P. O. Box 416
Victor CA 95253

To whom it may concern:

I have reviewed Mr Parry L buck's medical record upon his request.

He has following diagnoses in the Kaiser medical records

HYPERTENSION
HX OF ATRIAL FIBRILLATION
LOW BACK PAIN
KNEE JOINT PAIN
BPH WO URINARY OBSTRUCTION.
OBESITY
INSOMNIA
SEVERE OBESITY (BMI >= 40)
ANXIETY DISORDER


He is on following medications currently

Outpatient Prescriptions Marked as Taking for the 11/26/12 encounter (Patient Secure Message) with Wang, Wilhelm (M.D.)

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| Ramipril (ALTACE) 10 mg Oral Cap | Take 1 capsule orally daily | 100 | 1 |
| Tamsulosin (FLOMAX) 0.4 mg Oral 24hr SR Cap | Take 1 capsule orally daily 30 minutes after the same meal. | 90 | 2 |
| cloNIDine (CATAPRES) 0.1 mg Oral Tab | Take 1 tablet orally 2 times a day for hypertension | 200 | 2 |
| Hydrochlorothiazide (ESIDRIX/HYDRODIURIL) 25 mg Oral Tab | Take 1 tablet orally daily | 100 | 3 |
| HYDROcodone-Acetaminophen (NORCO) 10-325 mg Oral Tab | Take 1 tablet orally every 6 hours when needed for pain | 30 | 0 |
| Zaleplon (SONATA) 5 mg Oral Cap | Take 1 capsule orally daily at night CORE PHARMA BRAND ONLY Special Order Item: Allow 5 Working Days. | 30 | 0 |
| Sotalol (BETAPACE) 80 mg Oral Tab | Take 1 tablet orally daily | 100 | 1 |
| AVODART 0.5 mg Oral Cap | Take 1 capsule orally daily | 100 | 0 |

Case No. 2:12-cv-01068-LLK-KJN
DEFENDANT'S NOTICE OF MOTION & MOTION TO SET ASIDE ENTRY OF DEFAULT

# EXHIBIT C

Parry L Buck    110006052047                                    12/1/2012

- FLUoxetine (PROzac) 20 mg/5 mL Oral  Take 3/4 teaspoonful orally daily  360
  Soln

He had several foot surgeries in the past, took care by the podiatrists.
My subspecialty is primary care and does not involve any surgery.

Sincerely,

WILHELM WANG MD