Parry Buck
PO Box 416
Victor, CA 95253
(mailing address)
209-367-5467

17352 Bruella Road
Victor, CA 95253
(physical address)

Defendant in Pro Per




FILED

DEC 07 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

AF HOLDINGS LLC,

    Plaintiff,

vs.

PARRY BUCK,

    Defendant.

Case No. 2:12-cv-01068-LLK-KJN

Date:   December 20, 2012

**DEFENDANT'S ADMINISTRATIVE MOTION TO APPEAR BY TELEPHONE**

### DEFENDANT'S ADMINISTRATIVE MOTION TO APPEAR BY TELEPHONE

    The Defendant Parry Buck, pursuant to Court rules, hereby requests this Court's permission to allow the Defendant to appear by telephone for the upcoming Motions regarding an Entry of Default against the Defendant on December 20, 2012.

    The Defendant has physical disabilities that make travel to the Court difficult. The expense of this travel would also place a burden on the Defendant. The Defendant Parry Buck can be telephoned at (209) 367-5467.

**Dated: December 7, 2012**    By: *Parry Buck*

                                        Parry Buck
                                        Defendant in Pro Per

Case No. 2:12-cv-01068-LLK-KJN
DEFENDANT'S MOTION TO APPEAR BY TELEPHONE

**CERTIFICATE OF SERVICE:**

The Defendant hereby certifies that a true and correct copy of the foregoing was sent via First-Class, postage prepaid to:

Brett L. Gibbs, Attorney for Plaintiff
38 Miller Avenue, #263
Mill Valley, CA 94941

**Dated: December 7, 2012**          By:  *Parry Buck*

Parry Buck
Defendant in Pro Per

Case No. 2:12-cv-01068-LLK-KJN                                    Pg 1 of 1
PROPOSED ORDER GRANTING MOTION TO APPEAR BY TELEPHONE

Parry Buck
PO Box 416
Victor, CA 95253
(mailing address)
209-367-5467

17352 Bruella Road
Victor, CA 95253
(physical address)

Defendant in Pro Per

# IN THE UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| AF HOLDINGS LLC, <br><br> Plaintiff, <br> vs. <br><br> PARRY BUCK, <br><br> Defendant. | Case No. 2:12-cv-01068-LLK-KJN <br> Date:   December 20, 2012 <br> **(PROPOSED) ORDER GRANTING ADMINISTRATIVE MOTION FOR DEFENDANT TO APPEAR BY TELEPHONE** |

**(PROPOSED) ORDER GRANTING ADMINISTRATIVE MOTION FOR DEFENDANT TO APPEAR BY TELEPHONE**

The Court has reviewed Defendant's request to appear via telephone at the Court's upcoming Motions regarding an Entry of Default against the Defendant, scheduled for December 12, 2012 at 10 AM. In light of the reasonable basis presented by the Plaintiff, the Court **GRANTS** this motion. Per Local Rule 131(c)

Dated: December 7, 2012                    By: _Parry Buck_

                                           Parry Buck, Defendant in Pro Per

DATED: _____       _____
                                           United States Magistrate Judge