To Whom it concerns, 12-9-2012

    I am attaching this letter to a Kaiser Permanente Authorization form that I signed on 12-9-2012. My primary care physician, Dr. Wang, typed a letter on December 1, 2012. Your department emailed that letter to me, and also sent that letter to me in the US mail.
    I would like that same letter sent to a court for me as soon as possible, by US mail. Please send to the following address.

US District Court
Eastern District of California
Sacramento Division
501 I Street
Sacramento, CA 95814

This letter is in regards to: **Case No. 2:12-cv-01068-LLK-KJN**

Yours, Parry Buck     *Parry Buck* 12-9/2012

Kaiser ID# 6052047

209-367-5467

FILED
DEC 14 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

## The Permanente Medical Group, Inc.
**MEDD**
7373 West Lane
Stockton CA 95210-3377
Main: 476-2000X0000

December 1, 2012

Parry L Buck
P. O. Box 416
Victor CA 95253

To whom it may concern:

I have reviewed Mr Parry L buck's medical record upon his request.

He has following diagnoses in the Kaiser medical records

HYPERTENSION
HX OF ATRIAL FIBRILLATION
LOW BACK PAIN
KNEE JOINT PAIN
BPH WO URINARY OBSTRUCTION.
OBESITY
INSOMNIA
SEVERE OBESITY (BMI >= 40)
ANXIETY DISORDER

He is on following medications currently

Outpatient Prescriptions Marked as Taking for the 11/26/12 encounter (Patient Secure Message) with Wang, Wilhelm (M.D.)

| Medication | Sig | Dispensed | Refill |
|---|---|---|---|
| Ramipril (ALTACE) 10 mg Oral Cap | Take 1 capsule orally daily | 100 | 1 |
| Tamsulosin (FLOMAX) 0.4 mg Oral 24hr SR Cap | Take 1 capsule orally daily 30 minutes after the same meal. | 90 | 2 |
| cloNIDine (CATAPRES) 0.1 mg Oral Tab | Take 1 tablet orally 2 times a day for hypertension | 200 | 2 |
| Hydrochlorothiazide (ESIDRIX/HYDRODIURIL) 25 mg Oral Tab | Take 1 tablet orally daily | 100 | 3 |
| HYDROcodone-Acetaminophen (NORCO) 10-325 mg Oral Tab | Take 1 tablet orally every 6 hours when needed for pain | 30 | 0 |
| Zaleplon (SONATA) 5 mg Oral Cap | Take 1 capsule orally daily at night CORE PHARMA BRAND ONLY Special Order Item: Allow 5 Working Days. | 30 | 0 |
| Sotalol (BETAPACE) 80 mg Oral Tab | Take 1 tablet orally daily | 100 | 1 |
| AVODART 0.5 mg Oral Cap | Take 1 capsule orally daily | 100 | 0 |

Parry L Buck    110006052047                                      12/1/2012

- FLUoxetine (PROzac) 20 mg/5 mL Oral  Take 3/4 teaspoonful orally daily  360    1
  Soln

He had several foot surgeries in the past, took care by the podiatrists.
My subspecialty is primary care and does not involve any surgery.

Sincerely,

WILHELM WANG, MD


**KAISER PERMANENTE.**
Kaiser Foundation Hospitals
Permanente Medical Groups

**AUTHORIZATION FOR USE OR DISCLOSURE OF PATIENT HEALTH INFORMATION**
Note: Fees may apply to certain requests

Patient Name: Parry Buck
Kaiser #: 6052047    Date of Birth: 07/08/53
Address: PO Box 416
City: Victor
State: CA    Zip Code: 95253
Telephone Number: (209) 367-5467
Email: parrybuck@gmail.com

Kaiser Permanente will not condition treatment, payment, enrollment or eligibility for benefits on providing, or refusing to provide this authorization.

This authorizes the following Kaiser Permanente Medical Center(s): Stockton, and all other Kaiser Facilities.

To: ☒ Produce a copy of medical records as specified below
☐ Complete form(s) (Please specify form type(s) in the PURPOSE section below)
☐ Allow named KP physician to view records

Kaiser Permanente may disclose this Information to:
Recipient Name: US Dist. Court, E. Dist. of CA
Address: Sacramento Division, 501 I Street
City: Sacramento
State: CA    Zip Code: 95814
Telephone number: (   )
Fax number: (   )
Email:

PURPOSE: The health information disclosed may only be used for the following purposes: Send a letter from Dr. Wang dated 12-1-2012 to Recipient. (See attached document)

**FOR COPIES, SPECIFY THE HEALTH INFORMATION NEEDED FOR USE OR DISCLOSURE**
☐ Medical Office Records dated from _____ to _____
☐ Hospital Records dated from _____ to _____

NOTE: Hospital and medical office records may include information related to mental health, alcohol/drug, and HIV references. The actual treatment records from mental health and/or alcohol/drug departments, and/or results of HIV tests will not be disclosed unless specifically requested below.

**SIGNATURES AND DATES REQUIRED IF ANY OF THE FOLLOWING BOXES ARE CHECKED**
☐ Mental Health dated from _____ to _____  Signature: _____  Date: _____
☐ Alcohol / Drug dated from _____ to _____  Signature: _____  Date: _____
☐ HIV Test Results dated from _____ to _____  Signature: _____  Date: _____

☐ Specific Injury/Treatment: _____ Department: _____ dated from _____ to _____
☐ X-Ray: ☐ Images and/or Films ☐ Reports  Describe: _____
☐ Laboratory Results dated from _____ to _____
☐ Other (specify): _____
☐ Protected Minor Records (Adolescent Confidential). Only applicable for patient requesters 12-17 years old.

Media Preference: ☒ Paper ☐ CD (if available electronically)    Delivery Preference: ☒ Mail ☐ Pickup ☐ Fax ☐ Email

**DURATION:** This authorization shall remain in effect for one year from the date of signature unless a different date is specified here _____ (date).
**REVOCATION:** You or your representative can revoke this authorization upon written request. If you revoke, it will not affect information disclosed before the receipt of the written request.
**REDISCLOSURE:** Once this health information is disclosed, how the recipient further discloses it may no longer be protected under federal privacy law (HIPAA).

A copy of this authorization is as valid as an original. I have the right to receive a copy of this authorization.

| 12/10/12 | *Parry Buck* | |
|---|---|---|
| Date | Signature | If not patient, print your name and relationship |

NS-9934 (2-11) HIPAA COMPLIANT SPANISH-NS-1814; CHINESE-NS-6274
90268 (REV. 2-11) SPANISH 01782-000; CHINESE 01782-002    ORIGINAL - DISCLOSING PARTY    CANARY - PATIENT