Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel to Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AF HOLDINGS LLC, <br><br> Plaintiff, <br> v. <br><br> PARRY BUCK, <br><br> Defendant. | **Case No. 2:12-cv-01068-LKK-KJN** <br><br> Judge: Hon. Lawrence K. Karlton <br> Magistrate: Hon. Kendall J. Newman <br><br> Date: January 28, 2013 <br> Time: 3:30 P.M. <br><br> **PLAINTIFF'S REQUEST TO APPEAR BY TELEPHONE AT STATUS CONFERENCE** |

**PLAINTIFF'S REQUEST TO APPEAR BY TELEPHONE AT STATUS CONFERENCE**

Plaintiff AF Holdings LLC, through its undersigned counsel, Brett L. Gibbs, and pursuant to Eastern District of California Local Rules, hereby requests this Court's permission to allow Mr. Gibbs to appear by telephone at the upcoming Status Conference, scheduled for January 28, 2013 at 3:30 P.M. Plaintiff makes this request in light of the fact that his office is located in Marin County, California, and the expenses and burden of traveling back and forth will be great. Mr. Gibbs can be reached at (415) 325-5900.

///

///

///

///

///

                                        Respectfully Submitted,

**DATED: January 22, 2013**

                                  By:        /s/ Brett L. Gibbs

                                          Brett L. Gibbs, Esq. (SBN 251000)
                                          Of Counsel to Prenda Law Inc.
                                          38 Miller Avenue, #263
                                          Mill Valley, CA 94941
                                          blgibbs@wefightpiracy.com
                                          *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 22, 2013, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system.  In addition, Defendant was served by U.S. mail postage prepaid consistent with the Federal Rules of Civil Procedure at the following last known residential address:

    Parry Buck
    17532 N. Bruella Road
    Victor, CA 95253

**DATED: January 22, 2013**             By:             ____/s/  Brett L. Gibbs, Esq._____