1

**CERTIFICATE OF SERVICE**

2

The undersigned hereby certifies that on January 30, 2013, Defendant was served the document

3

entitled "Motion for Withdrawal and Substitution of Counsel" by U.S. mail postage prepaid
consistent with the Federal Rules of Civil Procedure at the following last known residential address:

4

5

Parry Buck
17532 N. Bruella Road
Victor, CA 95253

6

7

**DATED: January 30, 2013**          By:                    /s/  Brett L. Gibbs, Esq.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28